B. CLYDE HUTCHINSON, State Bar No. 037526
bch@llcllp.com
ERIN EILEEN FRY, State Bar No. 220959
efry@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541
Telephone:     (510) 433-2600
Facsimile:      (510) 433-2699

Attorneys for Plaintiff
NATIONAL RAILROAD PASSENGER CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| NATIONAL RAILROAD PASSENGER CORPORATION,<br><br>            Plaintiff,<br><br>v.<br><br>TLN, INC., JOSE A. LLAMAS,<br><br>            Defendants. | Case No.  C06-0698 JL<br><br>**STIPULATION AND PROPOSED ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>**Judge:   James Larson** |

    The parties to the above-referenced matter, by and through their attorneys of record, hereby stipulate to continue the Case Management Conference from May 3, 2006 to August 9, 2006.

    In support of this Stipulation and Proposed Order the parties note that they have already exchanged expert reports and have agreed to mediate this matter with Michael Ornstil, Esq. of JAMS.  The parties are in the process of scheduling the mediation with Mr. Ornstil and have agreed to complete mediation by July 30, 2006.  See Stipulation and Proposed Order Selecting ADR Process and ADR Certification filed on April 12, 2006.

    Therefore, the parties request that the Case Management Conference which was set for May 3, 2006 at 10:30 a.m. be continued to August 9, 2006 at 10:30 a.m.

///

| | |
|---|---|
| Dated: April 25, 2006 | /s/ Erin Eileen Fry<br>Erin Eileen Fry, Counsel for Plaintiff<br>National Railroad Passenger Corp. |
| Dated: April 26, 2006 | /s/ M. David DeSantis<br>M. David DeSantis, Counsel for Defendants<br>TLN, Inc. and Jose A. Llamas |

**ORDER**

IT IS SO ORDERED.

DATED: __April 27__, 2006     By: _____
U.S. District
Magistrate

*IT IS SO ORDERED*
*Judge James Larson*
(UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA seal)

**LOMBARDI, LOPER & CONANT, LLP**
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

13249-34736 EEF 518386.1              2              Case No. C06-0678 JL

STIPULATION AND PROPOSED ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE