B. CLYDE HUTCHINSON, State Bar No. 037526
bch@llcllp.com
ERIN EILEEN FRY, State Bar No. 220959
efry@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541
Telephone: (510) 433-2600
Facsimile: (510) 433-2699

Attorneys for Plaintiff
NATIONAL RAILROAD PASSENGER CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>TLN, INC., JOSE A. LLAMAS,<br><br>Defendants. | Case No. C06-0698 JL<br><br>STIPULATION AND PROPOSED ORDER TO CONTINUE DATE FOR INITIAL DISCLOSURES AND JOINT CASE MANAGEMENT CONFERENCE STATEMENT<br><br>Judge: James Larson |

The parties to the above-referenced matter, by and through their attorneys of record, hereby stipulate to continue the date for filing of initial disclosures and the Joint Scheduling Statement/Case Management Conference Statement from July 26, 2006 to August 7, 2006.

In support of this Stipulation and Proposed Order the parties note that mediation is scheduled for August 2, 2006 with Michael Ornstil, Esq. of JAMS. The parties have prepared mediation briefs and have exchanged expert reports. The parties also note that mediation had been set for July 20, 2006; however the mediator rescheduled the mediation to August 2, 2006.

In the event that the matter is not resolved at mediation, then the parties will prepare initial disclosures and file the Joint Scheduling Statement/Case Management Conference Statement on August 7, 2006. The parties will then appear at the Case Management Conference on August 9, 2006 as previously Ordered by the Court.

13249-34736 EEF 518386.1

1

Case No. C06-0698 JL

STIPULATION AND PROPOSED ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

1  Therefore, the parties request that the Court continue the date for filing of initial
2  disclosures and the Joint Scheduling Statement/Case Management Conference Statement from
3  July 26, 2006 to August 7, 2006.
4
5  Dated: July 26, 2006                /s/ Erin Eileen Fry
6                                       Erin Eileen Fry, Counsel for Plaintiff
                                         National Railroad Passenger Corp.
7
8  Dated: July 26, 2006                /s/ M. David DeSantis
9                                       M. David DeSantis, Counsel for Defendants
                                         TLN, Inc. and Jose A. Llamas
10
11                                      ORDER
12    IT IS SO ORDERED.
13    DATED: August 1, 2006            By: [signature]
14                                         U.S. Magistrate
                                           Judge James Larson
15

*IT IS SO ORDERED* — Judge James Larson (United States District Court, Northern District of California seal)

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541