1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  National Railroad Passenger Corporation,        No. C 06-0698  JL

12              Plaintiff,
                                                    CASE MANAGEMENT AND
13        v.                                        PRETRIAL ORDER

14  TLN, Inc, et al.,

15              Defendants.
    _____/
16
          Pursuant to Fed. R. Civ. P. 16 and Civ. L.R. 16-10(b), the following case
17
    management and pretrial order is entered:
18
          1.    TRIAL DATE
19
                a.    Jury trial will begin on October 22, 2007 at  9:00 a.m. in Courtroom F,
20
    15th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.
21
                b.    The length of the trial will be not more than 3 days.
22
          2.    DISCOVERY
23
          All discovery shall be completed by August 18, 2007.
24
          In the event of a discovery dispute the parties shall use the following
25
    procedure:
26
          Parties shall meet and confer in person, or, if counsel are located outside the Bay
27
    Area, by telephone, to attempt to resolve their dispute informally. A mere exchange of
28

1  letters, telephone calls, or facsimile transmissions does not satisfy the requirement to meet

2  and confer.

3          If, after a good faith effort, the parties have not resolved their dispute, they shall

4  prepare a concise joint statement, of less than three pages, without affidavits or exhibits,

5  stating the nature and status of their dispute. If a joint statement is not possible, each side

6  may submit a one page individual statement. The Court will advise the parties regarding the

7  need, if any, for formal briefing or a hearing.

8          3.      MOTIONS

9          All dispositive motions shall be served and filed not less than **thirty-five (35)** days

10 prior to the scheduled hearing date.  Any opposition shall be served and filed no later than

11 **twenty-one (21)** days prior to the hearing date.  Any reply to the opposition shall be served

12 and filed no later than **fourteen (14)** days prior to the hearing. Prior to a dispositive motion,

13 the parties shall meet and confer and, at the time the motion is filed, submit a joint

14 statement of undisputed facts.

15         4.      A further Case Management Conference will be held within 30 days of

16 unsuccessful settlement conference or ADR proceedings.  Parties shall jointly propose a

17 date on a Wednesday at 10:30 a.m.

18         5.      PRETRIAL CONFERENCE

19                 a.      A final pretrial conference shall be held on October 10, 2007,  at 11:00

20 a.m., in Courtroom F, 15th Floor.  Each party shall attend personally or by counsel who will

21 try the case.

22                 b.      **Not less than thirty (30) days** prior to the date of the pretrial

23 conference, all counsel or parties shall meet and fulfill the requirements of Civil Local Rule

24 16-10(b).

25                 c.      **Not less than twenty (20) days** prior to the pretrial conference,

26 counsel or parties shall

27                         (I)     serve and file a joint pretrial statement pursuant to Local Rule 16-10

28                                 (b);

**United States District Court**
For the Northern District of California

1    The pretrial statement shall include the disclosures required by Fed. R. Civ. P.

2    26(a)(3) as well as the following:

3        THE ACTION

4            Substance of the Action

5            Relief Prayed

6        FACTUAL BASIS FOR THE ACTION

7            Undisputed Facts

8            Disputed Factual Issues

9            Agreed Statement

10           Stipulations

11       DISPUTED LEGAL ISSUES

12           (List)

13       TRIAL PREPARATION

14           Witnesses to be Called

15           Exhibits, Schedules and Summaries;

16           Trial

17           Estimate of Trial Time

18           Use of Discovery Responses at Trial

19           Further Discovery or Motions

20       TRIAL ALTERNATIVES AND OPTIONS

21           Settlement Discussions

22           Amendments - Dismissals

23           Bifurcation, Separate Trial of Issues

24       MISCELLANEOUS

25           Any other concerns of the parties

26       d.    At the same time that the parties file their joint pretrial statement they

27   shall also:

28

United States District Court
For the Northern District of California

PRETRIAL ORDER                                                    Page 3 of  6

1               (ii)      Serve and file trial briefs, which shall specify each cause of

2               action and defense remaining to be tried along with a statement of the

3               applicable legal standard (no opposition shall be filed);

4               (iii)     Serve and file motions *in limine*, which shall be contained in

5               one document. Motions in limine will be decided at the Pretrial

6               Conference.

7        e.      Serve and file a list of excerpts from discovery that will be offered at

8 trial, specifying the witness, page and line references and whether the excerpt is to be

9 offered in lieu of testimony or as impeachment;

10        f.      Serve and file a list of witnesses likely to be called at trial, in person or

11 by deposition, other than solely for impeachment or rebuttal, with a brief statement

12 describing the substance of the testimony to be given;

13        g.      Serve and file a numerical list of exhibits (including demonstrative

14 exhibits that may be admitted into evidence but not those that are purely illustrative), with a

15 brief statement describing the substance and purpose of each exhibit and the name of the

16 sponsoring witness;

17        h.      Exchange exhibits which shall be <u>premarked</u>, <u>tabbed</u> and <u>in binders</u>

18 (plaintiff shall use numbers and defendant shall use letters); and deliver the original and

19 **two** duplicate sets of all premarked exhibits to chambers (exhibits are not to be filed) at

20 least one week before trial.

21      (See Label)

22

23                  UNITED STATES DISTRICT COURT

24                  NORTHERN DISTRICT OF CALIFORNIA

25

26                  Case No. _____

27

28                  Exhibit No. _____

**United States District Court**
For the Northern District of California

1    Date entered: _____

2

3    RICHARD W. WIEKING, Clerk

4    By:    _____

5    Deputy Clerk

6    j.    Serve and file proposed joint voir dire questions and joint jury

7    instructions for cases to be tried by jury (further instructions regarding jury instructions

8    below);

9    k.    Serve and file proposed findings of fact and conclusions of law for cases

10   to be tried by the Court.

11   l.    Serve and file a proposed verdict form which contains no reference to

12   submitting party.

13   m.    **Two courtesy copies** of trial briefs and motions in limine shall be

14   provided.

15   n.    No party shall be permitted to call any witness or offer any exhibit in its

16   case in chief that is not disclosed in these pretrial filings without leave of court and for good

17   cause.

18   6.    **Not less than nine calendar days** prior to the pretrial conference, counsel or

19   parties shall serve and file any opposition or objection to those items required by section 3

20   (e), (f), (i),(j), (k) and (l) of this order.  Additionally, counsel or parties shall file any

21   objections to the qualifications of expert witnesses contained in the opposing party's

22   witness list.  Objections not filed as required will be deemed waived.  No replies shall be

23   filed.  All motions and objections shall be heard at the pretrial conference unless otherwise

24   ordered.

25   7.    JURY TRIAL

26   a.    Counsel shall submit an **agreed upon set** of additional voir dire

27   questions to be posed by the Court.  Any voir dire questions on which counsel cannot

28   agree may be submitted separately.  Counsel will be allowed brief follow-up voir dire after

**United States District Court**
For the Northern District of California

1    the Court's questioning.

2         b.    The following jury instructions from the Manual of Model Civil Jury

3    Instructions for the Ninth Circuit (2002 Edition as modified 2003) will be given absent

4    objection: 1.1 - 1.12, 2.1 - 2.6, 3.1 - 3.3, 3.5 - 3.8, 4.1 - 4.6. The Ninth Circuit Manual of

5    Model Civil Jury Instructions is available on the web site for the U.S. District Court for the

6    Northern District of California at www.cand.uscourts.gov. Click on the 9th Circuit home

7    page button at the lower left of the first screen and then choose the Manual of Model Civil

8    Jury Instructions from the list on the right hand side of the next screen. Counsel shall also

9    submit an agreed upon set of case specific instructions, using the Ninth Circuit Manual of

10   Model Civil Jury Instructions where appropriate. Do not submit duplicates of those listed

11   above. Any instructions to which counsel cannot agree may be submitted separately.

12   Each requested instruction shall be typed in full on a separate page with citations to the

13   authority upon which it is based <u>and</u> a reference to the party submitting it. A **second blind**

14   **copy** of each instruction and verdict form shall also be submitted omitting the citation to

15   authority and the reference to the submitting party.

16        8.    All documents filed with the Clerk of the Court shall list the civil case number

17   followed by the initials "**JL.**" One copy shall be clearly marked as a **<u>chambers</u>** copy.

18        Plaintiff shall re-file the second amended complaint.

19        The parties shall appear for a further case management conference on April 26 at

20   10:30 a.m. Counsel shall provide the court with an updated case management conference

21   statement a few days prior to the conference.

22        IT IS SO ORDERED.

23   DATED: March 19, 2007

24

25   _____
           James Larson
           Chief Magistrate Judge

26

27

28