**GIANUNZIO & DeSANTIS LLP**
Attorneys at Law

M. David DeSantis

**FILED**

**OCT 17 2007**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

5766 Hollis Street
Second Floor
Emeryville, CA 94608

Tel (510) 465-5212
Fax (510) 595-0362

**RECEIVED**

OCT 1 6 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

October 16, 2007

VIA FACSIMILE
(415) 522-4021

To The Honorable James Larson
COURTROOM F, 15th Floor
U.S. District Court, Northern District
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   NRPC v. TLN, Inc.
      ACTION NO.: C06-0698 JL

Dear Judge Larson:

Pursuant to my assistant's telephone conversation on this date with your assistant Venice, our office is requesting the use of the DVD player and TV along with the remote control for the dates of Monday, October 29, 2007 through Wednesday, October 31, 2007.

Thank you for your attention to this matter.

Very truly yours,

GIANUNZIO & DeSANTIS

M. DAVID DeSANTIS

MDD/mfc
cc: Erin Fry, Esq.

**SO ORDERED**

JAMES LARSON
U.S. CHIEF MAGISTRATE JUDGE